■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAVDEEP SINGH, Appellant. [863 NYS2d 371]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 15, 2004 (*see People v Singh*, 12 AD3d 537 [2004]), affirming a judgment of the Supreme Court, Queens County, rendered September 15, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Rivera, Spolzino and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THIEL STAPLETON, Appellant. [862 NYS2d 914]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 19, 2007 (*People v Stapleton*, 41 AD3d 744 [2007]), affirming a judgment of the Supreme Court, Queens County, rendered March 11, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Spolzino, Florio and Angiolillo, JJ., concur.